Dan SANDSTROM, aka Dan Skala, Plaintiff—Appellant,

v.

BOEING COMPANY; Lodge No 751 Aerospace Machinists Industrial District, Defendants—Appellees.

No. 00–35742.
D.C. No. CV–99–01317–RSL.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 6, 2002 *.

Decided Feb. 8, 2002.

Before POLITZ,** CANBY and KLEINFELD, Circuit Judges.

MEMORANDUM ***

The judgment is affirmed for the reasons succinctly set forth by the district court. The district court did not err in stating that Sandstrom had received the benefit of his bargain; his reinstatement was disputed, and was achieved as part of the settlement that incorporated the "Last Chance Memorandum." We have re-

---

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Henry A. Politz, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

viewed Sandstrom's remaining contentions and find them to be without merit.

AFFIRMED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.